*Suel O. Arnold* for petitioner. *Eugene Wengert* for respondent.

No. 245. PHOENIX MUTUAL LIFE INSURANCE CO. *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 7th Cir. Certiorari denied. *Owen Rall* for petitioner. *Solicitor General Perlman, Robert L. Stern, David P. Findling* and *Ruth Weyand* for respondent.

No. 246. ALLEN-BRADLEY CO. *v.* SQUARE D CO. C. A. 7th Cir. Certiorari denied. *Carlton Hill, Victor S. Beam* and *Louis Quarles* for petitioner. *J. Bernard Thiess* and *Sidney Neuman* for respondent.

No. 250. PABST ET AL. *v.* JOHN P. DANT DISTILLERY Co., INC. C. A. 6th Cir. Certiorari denied. *Herbert J. Jacobi* for petitioners. *Oldham Clarke* for respondent.

No. 254. CASCIO *v.* ARKANSAS. Supreme Court of Arkansas. Certiorari denied. *Kenneth C. Coffelt* for petitioner. *Guy E. Williams,* Attorney General of Arkansas, and *Oscar E. Ellis,* Assistant Attorney General, for respondent.

No. 256. McCOMB, WAGE & HOUR ADMINISTRATOR, *v.* HUNT FOODS, INC. C. A. 9th Cir. Certiorari denied. *Solicitor General Perlman* and *William S. Tyson* for petitioner. *Joseph R. Harmon, H. Thomas Austern* and *Howard P. Castle* for respondent.

No. 264. STANDARD OIL CO. ET AL. *v.* DROHAN ET AL., TRUSTEES, ET AL. C. A. 7th Cir. Certiorari denied.